TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Road, #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiffs,
Conway Broomfield

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVSION

| | |
|---|---|
| Conway Broomfield, | Case No.: 8:18-cv-118-JVS-DFM |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| Hyundai Capital America d/b/a Kia Motors Finance, | |
| Defendant. | |

1

## <u>STIPULATION OF DISMISSAL</u>

2

3       The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby

4    stipulate that the above-captioned action is hereby dismissed in its entirety with

5    prejudice and without costs to any party.

6

7    Plaintiff                              Defendant

8     __/s/ Trinette G. Kent                 __/s/ Raagini Shah

9    TRINETTE G. KENT                       RAAGINI SHAH
     Attorney for Plaintiff                 Attorney for Defendant
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28