UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVSION

JS-6

| | |
|---|---|
| Conway Broomfield, <br><br> Plaintiff, <br><br> vs. <br><br> Hyundai Capital America d/b/a Kia Motors Finance, <br><br> Defendant. | Case No.: 8:18-cv-118-JVS-DFM <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:_September 27, 2018

_____
Judge: James V. Selna